427 A.2d 247

W. O. Hickok MFG. Co., Appellant v. Unigard Mut. Ins. Co.

Argued March 5, 1980. Robert G. Spritzer, for appellant; G. Thomas Miller, for appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Order affirmed based on Judge Warren G. Morgan's lower court opinion.